UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

H.H. and J.H.,

    Plaintiffs,

v.

THOMACA BUSH, *et al.*,

    Defendants.

Case No. 1:20-cv-00731

HON. JANET T. NEFF

MAG. SALLY J. BERENS

---

Heidi Hall
Joseph Hall
Pro se Plaintiffs
200 Catherine St.
Pekin, IL 61554
(309) 642-1473

Bonnie G. Toskey (P30601)
Courtney Ann Gabbara (P77817)
Cohl Stoker & Toskey, P.C.
Attorneys for Ingham County Defendants
601 N Capitol Ave.
Lansing, MI 48933
(517) 372-9000
btoskey@cstmlaw.com
cgabbara@cstmlaw.com

Neil Giovanatti (P82305)
Jennifer L.A. Walker (P73048)
Assistant Attorneys General
Attorneys for State Defendants
MI Dep't of Attorney General
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
walkerj32@michigan.gov

---

**STIPULATED ORDER EXTENDING DEFENDANT ERMATINGER'S
DEADLINE TO RESPOND TO COMPLAINT**

WHEREAS Defendant Rita Ermatinger is the only State Defendant who has been served to date, and her response to the Complaint is currently due on or before September 30, 2020 (ECF No. 11);

WHEREAS the remaining State Defendants, Thomaca Bush, Marisa Anderson, Tonya Martinez, Elizbeth Montemayor, and Herman McCall, agree to waive service of the Summons and the Complaint, which will make their response to the Complaint due on or before November 23, 2020, pursuant to Federal Rule of Civil Procedure 4(d)(3); and

WHEREAS the parties consent and stipulate to extend Defendant Ermatinger's time to respond to the Complaint in this matter to align with the response deadline for the remaining State Defendants.

IT IS HEREBY ORDERED that Defendant Ermatinger's response to the Complaint shall be filed on or before November 23, 2020.

Dated:  September ___, 2020

                              Hon. Sally J. Berens
                              United States Magistrate Judge


The parties hereby Stipulate and Agree:

/s/ Heidi Hall (with consent)
Heidi Hall
Plaintiff Pro Se

/s/ Neil Giovanatti
Neil Giovanatti (P82305)
Attorney for State Defendants